IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL PYTLEWSKI,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-810-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security against plaintiff Paul Pytlewski affirming the decision of the Commissioner and dismissing the case.

| s/ K. Frederickson, Deputy Clerk | 11/02/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |